**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:       John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**So Ordered this 26th day of December 2023.**

**s/ Zahid N. Quraishi**
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, subscriber assigned IP address 96.242.27.208,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-02151-ZNQ-DEA<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 96.242.27.208 are voluntarily dismissed without prejudice.

DATED: December 22, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**THE ATKIN FIRM, LLC**

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　*Strike 3 Holdings, LLC*

　　　　　　　　　　　　　　　　　　*/s/ John C. Atkin, Esq.*
　　　　　　　　　　　　　　　　　　John C. Atkin, Esq.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *John C. Atkin*
            John C. Atkin, Esq.